# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

May 10, 2013

**VIA ECF**
Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **RE:** **Index No. 1:13-cv-01581-BMC**
           **Bienenstock v. Mercantile Adjustment Bureau, LLC**

Dear Honorable Judge Cogan:

    I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendant's offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

    Furthermore, there is an Initial Status Conference scheduled for May 14, 2013 at 2:45 p.m. In light of the settlement, I ask that the conference be cancelled.

    Thank you for Your Honor's time and attention to this matter.

                                    Very truly yours,

                                    /s/

                                    Maxim Maximov, Esq.